IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTON PHILLIPS, and JOSEPH GRAHAM, individually and on behalf of all others situated,<br><br>*Plaintiffs*,<br><br>v<br><br>RIVERSIDE TRANSPORTATION, INC., and MISSOURI CAPITAL AND LEASING, INC.,<br><br>*Defendants*. | Case No.: 23-2440-EFM |

## ORDER

Before the court is the Joint Motion for Approval of Settlement, Doc. 46. The Court has reviewed the motion and settlement and approves the same.

IT IS THEREFORE ORDERED that the Joint Motion for Approval of Settlement, Doc. 46, is hereby GRANTED.

IT IS SO ORDERED.

Dated this 7th day of November, 2024.

*[signature: Eric F. Melgren]*

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE